## (February 11, 1975)

■ CAREY TRANSPORTATION, INC., Respondent-Appellant, v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, Appellant-Respondent.— Order and judgment (one paper), Supreme Court, New York County, entered on May 24, 1974, and order and judgment (one paper) of said court entered on October 25, 1974, unanimously affirmed on the opinion of Carney, J., at Trial Term, without costs and without disbursements. No opinion. Concur — Stevens, J. P., Markewich, Capozzoli, Lane and Nunez, JJ. [77 Misc 2d 671.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CENAN VILLARAN, Appellant.— Judgment, Supreme Court, New York County, rendered on July 30, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Markewich, J. P., Murphy, Capozzoli, Lane and Nunez, JJ.

■ ALLAN R. HENIS, Respondent, v. LEE FELTMAN, Appellant.— Order, Supreme Court, New York County, entered on July 3, 1974, unanimously affirmed, without costs and without disbursements. (See *Nems Enterprises* v. *Seltaeb, Inc.,* 24 A D 2d 739; 4 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 3216.15.) No opinion. Concur — Stevens, J. P., Markewich, Capozzoli, Lane and Nunez, JJ.

■ EDENWALD CONTRACTING CO., INC., et al., Respondents, v. CITY OF NEW YORK et al., Appellants.— Judgment, Supreme Court, New York County, entered on March 21, 1974, unanimously affirmed, without costs and without disbursements, on the opinion of Asch, J., at Trial Term. No opinion. Concur — Markewich, J. P., Murphy, Capozzoli, Lane and Nunez, JJ.